**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7082**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ROOSEVELT BROADUS, a/k/a Supreme,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., Chief District Judge. (CR-91-209-G)

———————

Submitted: November 18, 2002      Decided: December 16, 2002

———————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Roosevelt Broadus, Appellant Pro Se. Benjamin H. White, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roosevelt Broadus seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion for reconsideration of the denial of his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Broadus has not made a substantial showing of the denial of a constitutional right. See United States v. Broadus, No. CR-91-209-G (M.D.N.C. June 5, 2002). Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. See 28 U.S.C. § 2253(c)(1)(B) (2000); see Slack v. McDaniel, 529 U.S. 473, 484 (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2